```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
Steven Matzura
                         Plaintiff,

         -against-                              19 Civ. 1176
                                                   ORDER

Van de Wegne, Ltd..

                         Defendant.
---------------------------------------X
```
DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of Plaintiff's Letter dated March 27, 2019 notifying the Court that the "Parties" have reached a settlement in this action. (ECF No. 8.) The Court also notes that this action was originally filed as a class action. (See ECF No. 2.)

Accordingly, IT IS HEREBY ORDERED that:

1. the Parties inform the Court, by Affidavit, whether the proposed settlement agreement alters the legal rights of purported, unnamed class members. This Affidavit shall be filed within 10 days of this Order; and

2. the Parties file a Stipulation of Dismissal within 30 days of the date of this Order. If the Parties fail to do so,

the Defendant shall answer, move, or otherwise respond to the Complaint 10 days thereafter.

SO ORDERED.

DATED:   March 28, 2019
         New York, New York

                                    _____
                                         Deborah A. Batts
                                    United States District Judge